■ KAY M. FISK, as Town Clerk of Town of Watertown, Appellant, v TOWN BOARD OF TOWN OF WATERTOWN, Respondent. [648 NYS2d 384] —Motion for reargument denied. Memorandum: Plaintiff has not established that she was aggrieved by the or-

der entered December 13, 1993, and Ralph Dickinson is not a party to this matter. Because no appeal was properly taken, the motion to dismiss is unnecessary. Present—Green, J. P., Pine, Fallon, Doerr and Davis, JJ.